## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| XUNXIAN LUI, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: _____ |
| MARY CATHERINE BUSHNELL, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), and 1446, Defendants Mary Catherine Bushnell, David Shurtleff, and Evelyn Cusson ("Defendants"), by and through counsel, Robert K. Hur, United States Attorney, and Kelly M. Marzullo, Assistant United States Attorney, hereby file the instant Notice of Removal of the above-captioned action to the United States District Court for the District of Maryland. In support thereof, Defendants state as follows:

1. On October 2, 2018, Plaintiff Xunxian Liu filed this action captioned *Xunxian Liu v. Mary Catherine Bushnell*, Case Number 455587-V, in the Circuit Court for Montgomery County, Maryland. Copies of all process, pleadings, and orders received by Defendants in such action are attached as Exhibits 1 through 10.

2. At all relevant times, Defendant Mary Catherine Bushnell was the Scientific Director of the National Center for Complementary and Integrative Health ("NCCIH"), National Institutes of Health ("NIH"), Department of Health and Human Services ("DHHS"). Dr. Bushnell received a summons and copy of the Complaint on October 11, 2018.

3.       At all relevant times, Defendant David Shurtleff was the Deputy Director of NCCIH, NIH, DHHS. Dr. Shurtleff received a summons and copy of the Complaint on October 11, 2018.

4.       At all relevant times, Defendant Evelyn Cusson was an Assistant United States Attorney, United States Attorney's Office, District of Maryland, Department of Justice ("DOJ"). AUSA Cusson received a summons and copy of the Complaint on October 11, 2018.

5.       As of the date of filing of this Notice of Removal, neither Dr. Bushnell, Dr. Shurtleff, nor AUSA Cusson has been properly served with process in this action. Moreover, as of the date of filing of this Notice of Removal, the United States of America has not been served with process in this action. The United States Attorney's Office for the District of Maryland received copies of the summonses and Complaint from AUSA Cusson and the Department of Health and Human Services.

6.       In his Complaint, Plaintiff alleges that Drs. Bushnell and Shurtleff violated his due process rights by making allegedly untrue statements during the process of removing him from NIH employment for unacceptable performance. Plaintiff alleges that AUSA Cusson violated his "victim rights (civil rights)" by both allegedly investigating his criminal complaint to DOJ that Dr. Bushnell perjured herself and defending Dr. Bushnell and others against his civil complaint.

7.       The events giving rise to this action occurred within the scope each defendant's federal employment. This action, therefore, is properly removed to this Court by Defendants. 28 U.S.C. § 1442(a)(1).

8.       This Notice of Removal is timely filed by Defendants within thirty days of first receiving a copy of the Complaint. *See* 28 U.S.C. § 1446(b).

WHEREFORE, this action now pending in the Circuit Court for Montgomery County, Maryland, Case Number 455587-V, is properly removed to this Court.

Respectfully submitted,

ROBERT K. HUR
United States Attorney

_____/s/_____
KELLY M. MARZULLO (Bar No. 28036)
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800
(410) 962-2310 (fax)
kelly.marzullo@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 9th day of November 2018, a copy of the foregoing Notice of Removal was served, via U.S. mail, first class, postage prepaid, on: Xunxian Liu, 614 Rollins Avenue, Rockville, Maryland 20852, Plaintiff *pro se*.

_____/s/_____
KELLY M. MARZULLO (Bar No. 28036)
Assistant United States Attorney